UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOB CREATORS NETWORK,                     )          21-cv-4818
                                          )
                                          )
            Plaintiff,                    )
                                          )          **ORDER TO SHOW CAUSE**
       v.                                 )          **FOR A**
                                          )          **PRELIMINARY INJUNCTION**
OFFICE OF THE COMMISSIONER OF             )
BASEBALL D/B/A MAJOR LEAGUE               )
BASEBALL, ROBERT D. MANFRED JR.,          )
MAJOR LEAGUE BASEBALL                     )
PLAYERS ASSOCIATION, TONY CLARK,          )
AND JOHN DOES 1-50,                       )
                                          )
            Defendants.                   )
---------------------------------------------------------------x

Upon the Declaration of Alfredo Ortiz, dated May 31, 2021, and the Complaint hereto, and the accompanying Memorandum of Law, and Declaration of Good and Sufficient Reason, dated May 31, 2021, it is:

ORDERED, that the above-named defendants show cause before a motion term of this Court, at Room_____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on_____, 2021, at ____o'clock in the ___noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from holding the 2021 Major League Baseball All-Star Game at Coors Field, in Denver, Colorado on July 13, 2021, and requiring Defendants to immediately transfer the game back to Truist Park in Cobb County, Georgia where it was originally scheduled to be played;

and it is further:

ORDERED that personal service of a copy of this order and annexed papers

upon the defendants or their counsel on or before ____ o'clock in the ___ noon on

_____, 2021, shall be deemed good and sufficient service thereof.

DATED:  New York, New York
         June _____, 2021

ISSUED:

_____

United States District Judge