USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOB CREATORS NETWORK,   )   21-cv-4818
)
)
Plaintiff,   )
)   **ORDER TO SHOW CAUSE**
v.   )   **FOR A**
)   **PRELIMINARY INJUNCTION**
OFFICE OF THE COMMISSIONER OF   )
BASEBALL D/B/A MAJOR LEAGUE   )
BASEBALL, ROBERT D. MANFRED JR.,   )
MAJOR LEAGUE BASEBALL   )
PLAYERS ASSOCIATION, TONY CLARK,   )
AND JOHN DOES 1-50,   )
)
Defendants.   )
---------------------------------------------------------------x

    Upon the Declaration of Alfredo Ortiz, dated May 31, 2021, and the Complaint hereto, and the accompanying Memorandum of Law, and Declaration of Good and Sufficient Reason, dated May 31, 2021, it is:

    ORDERED, that the above-named defendants show cause before a motion term of this Court, at Room **443**, United States Courthouse, ~~500 Pearl Street,~~ **40 Foley Square** in the City, County and State of New York, on **June 10**, 2021, at **3:00 p.m.** o'clock in the ___ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from holding the 2021 Major League Baseball All-Star Game at Coors Field, in Denver, Colorado on July 13, 2021, and requiring Defendants to immediately transfer the game back to Truist Park in Cobb County, Georgia where it was originally scheduled to be played;

    and it is further:

    ORDERED that personal service of a copy of this order and annexed papers

upon the defendants or their counsel on or before **12:00 p.m.** o'clock in the ___ noon on **June 3**, 2021, shall be deemed good and sufficient service thereof.

DATED: New York, New York
        June  1 , 2021

ISSUED:

_____
United States District Judge

> Plaintiff must post proof of service by **June 3, 2021 at 5:00 p.m.**
>
> Defendants' opposition is due by **June 7, 2021 at 9:00 a.m.**
> Plaintiff's reply is due by **June 8, 2021 at 6:00 p.m.**
>
> Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 4818.