USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOB CREATORS NETWORK,              )     21-cv-4818-VEC
                                   )
                                   )
           Plaintiff,              )
                                   )     [PROPOSED] ORDER
       v.                          )
                                   )
OFFICE OF THE COMMISSIONER OF      )
BASEBALL D/B/A MAJOR LEAGUE        )
BASEBALL, ROBERT D. MANFRED JR.,   )
MAJOR LEAGUE BASEBALL              )
PLAYERS ASSOCIATION, TONY CLARK,   )
AND JOHN DOES 1-50,                )
                                   )
           Defendants.             )
---------------------------------------------------------------x

Upon the Letter Motion of counsel for Plaintiff, dated June 3, 2021, and the attachments thereto, it is:

ORDERED, that the Order to Show Cause For a Preliminary Injunction, entered on June 1, 2021 [ECF 9] is hereby modified to include; that personal service or service by mail or Federal Express, of the order and annexed papers upon the defendants or their counsel on or before 12:00 pm o'clock in the noon on June 3, 2021 shall be deemed good a sufficient service thereof.

DATED:  New York, New York
        June __4__, 2021

ISSUED:

_____
Valerie E. Caproni
United States District Judge