# Exhibit 1

plate or home plate and third base on field level or the first level above field level, except the Clubs will not require the holders of full regular season ticket plans to be relocated. Six (6) of the eighteen tickets made available to the Association for each event shall be "preeminent" seats. A "preeminent" seat is a seat that is located in a location comparable to the seats that Clubs provide the Office of the Commissioner for use as the "Commissioner's Box."

(2) The Office of the Commissioner will review with the Association the seat locations proposed by the Clubs to comply with their obligations under Section (1) above as soon as that information is received by the Office of the Commissioner. The Office of the Commissioner will consider in good faith reasonable requests made by the Association to change the location of its allotted tickets.

## M. Family and Medical Leave Act

The Clubs will comply with the requirements of the Family and Medical Leave Act (29 U.S.C. 2601 et seq.) and will allow Players to utilize the Bereavement, Medical Emergency and Paternity leaves provided in Major League Rules 2(n) and (o). Medical Emergency and Paternity leaves shall run concurrently with any leave available under the Family and Medical Leave Act.

## N. All-Star Game

(1) *Roster*

The roster for each All-Star team shall be 32 players, with 20 position players and 12 pitchers.

(2) *Designated Hitter*

Both the National League team and the American League team will utilize the Designated Hitter Rule (see Official Baseball Rule 5.11(a)) regardless of whether the game is played in an American League or a National League ballpark.

(3) *Election and Selection Process*

(a) Fans shall elect nine (9) starting position players in the American League and eight (8) starting position players in the National

League. Starting position players and designated hitters must play a minimum of three (3) innings and must get at least one (1) at bat.

(b) Players on the Active Rosters of the Clubs and the Disabled Lists, as well as managers and coaches, shall elect the next nine (9) position players, including a designated hitter, in the American League, the next eight (8) position players in the National League, as well as five (5) starting pitchers and three (3) relief pitchers in each League (the "player selections"), in balloting to be conducted by the Office of the Commissioner and Players Association officials. The voting shall take place by League only. The balloting shall afford all voters with the opportunity to designate five (5) starting pitchers, three (3) relief pitchers and two (2) players at each non-pitching position, a first choice and a second choice. Voters are permitted to vote for Players on their own team.

(c) Promptly following the conclusion of the balloting, the Commissioner's Office shall select in the case of the National League seven (7) players (the "additional players"), of whom four (4) shall be pitchers. In the case of the American League, the Commissioner's Office shall select four (4) pitchers and one (1) position player. Final authority for the selection of additional players shall reside with the Commissioner's Office.

(d) The last position player on each team will be selected in an online fan balloting process conducted by MLB.com. The Commissioner's Office shall select the players to be listed on the online ballot.

(e) <u>Mandatory Participation</u>

(i) Each player elected or selected to the All-Star team is required to attend the All-Star Game as an eligible participant on the roster and stay for the duration of the game unless: (A) he is on the Disabled List on the Sunday immediately preceding the All-Star Game; (B) he does not play in his Club's final two games immediately preceding the All-Star Game due to injury; (C) he is a starting pitcher who misses his last scheduled start immediately preceding the All-Star Game due to injury; (D) he suffers an injury in either of the two games immediately prior to the All-Star Game and submits (to both the Office of the Commissioner and the Players Association) a certification from his Club physician,

with supporting medical records, documenting the injury and certifying that he is unable to participate in baseball activities, and the Office of the Commissioner approves the certification; (E) his Club advises him to refrain from baseball activities during the All-Star Break to treat a chronic injury or condition and submits (to both the Office of the Commissioner and the Players Association) a certification from his Club physician, with supporting medical records, documenting the injury and endorsing the Club's recommendation, and the Office of the Commissioner approves the Club's recommendation; (F) he is unable to render services on the day of the All-Star Game for reasons that would justify his placement on the Major League Bereavement/Family Medical Emergency List or the Major League Paternity List; or (G) he is ineligible to participate in the All-Star Game under the Major League Rules, including, but not limited to, his placement on the Restricted or Disqualified Lists.

(ii) Any player elected or selected to the All-Star team who is not excused from participation by the Office of the Commissioner must participate in all activities required of All-Stars as defined by past practice. In addition, players who participate in the All-Star Game must remain in uniform and in the dugout or bullpen until the conclusion of the game, unless permission is received in advance by the Commissioner's Office to release the player early.

(f) <u>Substitutions</u>.  In the event a player who is a player selection does not participate in the All-Star Game pursuant to paragraph 3(e) above, the priority of substitution shall be the player balloting, except that the Commissioner's Office will make the selection if the top five starting pitchers in the player balloting, the top three relief pitchers in the player balloting or the top three position players at the position in the player balloting, whichever is applicable, already have been named to the team or are unable to participate in the game. Notwithstanding anything to the contrary in the substitution rules, in no event shall a player be named as a replacement in the All-Star Game if, at the time he would be selected as a replacement, he is unable to play in the All-Star Game. In the event that a player who is a fan or Commissioner's Office selection is unable to play in the All-Star Game, the Commissioner's Office shall select the replacement, but the starter at that position shall be a player selection.

(g) All teams shall be entitled to be represented in the All-Star Game. In the event the fan and player balloting does not produce such representation, the required representation shall come exclusively from the additional players. (See subparagraph (c) above)

(h) In online fan balloting conducted by MLB.com, fans shall be afforded the opportunity to participate in the naming of the All-Star Game Most Valuable Players ("MVP"). The player selected by the fans shall receive votes not to exceed one-fourth of the number of sportswriters casting votes for MVP.

(4) *Emergency Replacements*

In the event that either All-Star team uses its last catcher, and that catcher leaves the game due to injury, that team may substitute a catcher who has previously appeared in the game. In addition, prior to the All-Star Game, each manager will notify the umpire crew chief of one player selected pursuant to paragraph 3(c) above who has been designated as eligible to return to the game in the event that the last position player at any position is injured and must leave the game.

(5) *Reserve Pitching Plan*

On the day before the All-Star Game, each manager must meet with the Commissioner or his designee to explain his plan for reserve pitching should the game extend into extra innings. The plan should contemplate up to six (6) extra innings and should designate a starting pitcher who is eligible for extra-innings work. On the day before the All-Star Game, the Office of the Commissioner shall provide the Players Association with a written description of each manager's plan. In managing the All-Star Game, the manager shall adhere to the extra innings plan presented to the Commissioner or his designee.

(6) *Participant Benefits*

In addition to the All-Star Game and Home Run Derby participant benefits described in Article VII(D), all Players on the Active Roster (i.e., available to play in the All-Star Game) of the winning team shall share equally in a $640,000 bonus.