# Exhibit 2

Two." (See Article VI(E)(1).) All players who are not assigned to a Major League Spring Training camp, but who are in uniform for a Major League Spring Training game, shall receive the daily allowance set forth in Section C(2) above for each such game.

(4) A Player living away from the Club's Spring Training headquarters shall receive a room allowance of $40.00 per day.

(5) Cost of living adjustments shall be computed as set forth in Section B(4) above.

(6) Each Player shall receive first-class hotel accommodations and the in-season meal and tip allowance set forth in Section B above for the period between when a Club breaks Spring Training camp and Opening Day, provided that the Player is playing at his Club's home city and does not have a personal residence in his Club's home city.

(7) Each Club must provide the base weekly Spring Training allowance to Players on a weekly basis and the daily tip allowance on a daily basis or in advance. Each Club is permitted to distribute these allowances in cash, by direct deposit or on a check card. To the maximum extent possible, each Club shall provide Spring Training allowances pursuant to an accountable plan whereby to the maximum extent possible such allowances will be excluded from a Player's gross income. See Attachment 41.

### D. All-Star and Home Run Derby Participant Benefits

Each player elected or selected to the All-Star team or as a participant in the Home Run Derby and who attends the event shall receive the following: (a) six complimentary tickets to the All-Star Game and Home Run Derby for use by player guests (players may request fewer complimentary tickets and players may purchase additional tickets for guests in accordance with past practice); (b) first-class air transportation for himself and two guests (to the extent that such expenses are actually incurred); (c) first-class hotel accommodations for himself and two guests (up to two rooms, if necessary) for a maximum of three days; (d) the applicable in-season meal and tip allowance for three days; (e) a $1,000 cash stipend; (f) a gift from the player's League; and (g) merchandise that is made available by Major League Baseball's business partners. Players elected or selected to the All-Star team also

shall receive a ring and, if they are attending their 5th, 10th or 15th All-Star Game as an All-Star, shall also receive a gift/memento and special recognition. See Article XV(N)(6).

### E. In-Season Supplemental Allowances

(1) A Player shall be entitled to receive the "in-season supplemental allowance" provided by this Section E if:

(a) his contract is assigned by a Minor League club to a Major League Club,

(b) he had no Major League service (or his entire Major League service is only after the preceding August 31) and is on a Major League Club's Opening Day roster, or

(c) his contract is assigned by a Major League Club to another Major League Club during the championship season or after the sixteenth day prior to the start of the championship season.

(2) A Player entitled to receive the in-season supplemental allowance shall be treated by the assignee Club as if he were on the road for each of the first seven days of the assignment in the assignee Club's home city, to include the assignee Club providing the Player with first-class hotel accommodations and the applicable daily meal and tip allowance described in paragraphs (3) and (4) of Section B for this period. If this entitlement arises under paragraph (1)(a) or (b) above, first-class hotel accommodations shall be provided at the Club's expense or an allowance for housing expenses, not to exceed the first-class hotel accommodations rate, shall be provided to the Player in advance on a daily basis, as long as the Player incurs actual housing expenses.

(3) This in-season supplemental allowance shall be provided automatically to such a Player in advance (a) at the time of the assignment for assignments between Major League Clubs, and (b) on a daily basis if the entitlement arises under paragraph 1(a) or (b) above.

Clubs shall, by the fifth day after the end of each month of the championship season, provide the Players Association with a list of the Players who were paid the in-season supplemental allowance during the preceding month and the amount of each allowance. The list should identify each Player added to the Major League roster