# Exhibit 4



# PARTNERS



(http://www.americanchemistry.com/)



(http://americansforprosperity.org/)



(https://www.asian-americanchamber.org/)



(http://www.aahoa.com)



(http://www.abcjax.com/)



(http://www.abcflgulf.org/)



(http://agcgreaterflorida.org/)



(http://www.associationservicesgroup.net/)





(http://ari.aynrand.org/)

(http://www.bipac.net/)





(http://www.thebcma.org/)

(http://www.savemycigar.org/)





(http://www.cobbchamber.org/)

(http://www.coloradowomensalliance.org/)





(http://www.cwcc.org)

(http://www.denverchamber.org/)





(http://edcsouthdade.com/) (http://www.flchamber.com/)


(http://www.ffyr.org/)


(http://www.fiu.edu/)


(http://www.flmedical.org/Index.aspx)


(http://www.fsae.org/home)


(https://www.fee.org/)


(http://generationopportunity.org/)