UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOB CREATORS NETWORK,<br><br>    Plaintiff,<br><br>       v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL, *et al.*,<br><br>    Defendants. | No. 1:21-cv-04818-VEC<br><br>Judge Valerie E. Caproni |

## DECLARATION OF BENJAMIN R. WALKER

I, Benjamin R. Walker, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner of Sullivan & Cromwell LLP, attorneys for Defendants The Office of the Commissioner of Baseball and Robert D. Manfred Jr., and a member of the Bar of the State of New York. I make this Declaration in order to place before the Court a document that is referenced in Defendants Major League Baseball and Robert D. Manfred Jr.'s Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunctive Relief.

2. Attached hereto as Exhibit 1 is a true and correct copy of the current Major League Constitution, dated January 1, 2020.

Dated:  June 7, 2021
        New York, New York

                                            /s/ *Benjamin R. Walker*
                                            Benjamin R. Walker