HOWARD KLEINHENDLER ESQUIRE
369 LEXINGTON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10017
(917) 793-1188
howard@kleinhendler.com

June 7, 2021

<u>Via ECF</u>

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    <u>Job Creators Network v. Office of The Commissioner of Baseball, et al</u>
            (21-cv-4818-VEC)

Dear Judge Caproni:

      The Defendants in the above-captioned matter have filed two, separate 25-page opposition briefs [ECF Nos. 29, 31] to Plaintiff's motion for a preliminary injunction [ECF 3, 9]. Pursuant to Individual Rule 4(B), Plaintiff respectfully requests leave to file a single 20-page combined reply memorandum to both opposition briefs. Counsel for Defendants do not object to this request which has not been previously made.

                                      Very truly yours,

                                      */s/ Howard Kleinhendler*

                                      *Counsel for Plaintiff*

Enclosure
cc:  All Counsel of Record (via ECF)