UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOB CREATORS NETWORK,                        )        21-cv-4818-VEC
                                             )
                                             )
             Plaintiff,                      )
                                             )        [PROPOSED] **ORDER**
        v.                                   )
                                             )
OFFICE OF THE COMMISSIONER OF                )
BASEBALL D/B/A MAJOR LEAGUE                  )
BASEBALL, ROBERT D. MANFRED JR.,             )
MAJOR LEAGUE BASEBALL                        )
PLAYERS ASSOCIATION, TONY CLARK,             )
AND JOHN DOES 1-50,                          )
                                             )
             Defendants.                     )
------------------------------------------------------------x

Upon the Letter Motion of counsel for Plaintiff, dated June 7, 2021, it is:

ORDERED, that Plaintiff may file a single combined reply memorandum, not to exceed 20 pages, in support of its motion for a preliminary injunction [ECF 3, 9], and in response to the two opposition briefs filed by the Defendants [ECF Nos. 29, 31].

DATED: New York, New York
       June _____, 2021

ISSUED:


_____
Valerie E. Caproni
United States District Judge