UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOB CREATORS NETWORK,                )    21-cv-4818-VEC
                                     )
                                     )
        Plaintiff,                   )
                                     )    [PROPOSED] ORDER
    v.                               )
                                     )
OFFICE OF THE COMMISSIONER OF        )    USDC SDNY
BASEBALL D/B/A MAJOR LEAGUE          )    DOCUMENT
BASEBALL, ROBERT D. MANFRED JR.,     )    ELECTRONICALLY FILED
MAJOR LEAGUE BASEBALL                )    DOC #:_____
PLAYERS ASSOCIATION, TONY CLARK,     )    DATE FILED: 6/7/2021
AND JOHN DOES 1-50,                  )
                                     )
        Defendants.                  )
---------------------------------------------------------------x

Upon the Letter Motion of counsel for Plaintiff, dated June 7, 2021, it is:

ORDERED, that Plaintiff may file a single combined reply memorandum, not to exceed 20 pages, in support of its motion for a preliminary injunction [ECF 3, 9], and in response to the two opposition briefs filed by the Defendants [ECF Nos. 29, 31].

DATED:  New York, New York
        June  7   , 2021

ISSUED:

_____
Valerie E. Caproni
United States District Judge