UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
JOB CREATORS NETWORK,                          )
                                               )
                                               )
                Plaintiff,                     )        Civil Action No. 1:21-cv-4818-VEC
                                               )
         v.                                    )
                                               )
OFFICE OF THE COMMISSIONER OF                  )
BASEBALL D/B/A MAJOR LEAGUE                    )
BASEBALL, *ET AL.*,                            )
                                               )
                                               )
                Defendants.                    )
-----------------------------------------------------------------

## **REPLY DECLARATION OF ALFREDO ORTIZ**

Alfredo Ortiz, being over the age of eighteen, hereby declares:

1. I am the President and CEO of Job Creators Network (JCN). I have held this position since 2014. I submit this declaration in further support of JCN's motion for a preliminary injunction. The All-Star game should be immediately sent back to Truist Park in Cobb County, Georgia.

2. As mentioned in my moving affidavit, JCN's members include over 3,600 small business owners and individual supporters in the Atlanta metro area. One of those members, Ronald Florence, owner of Atlanta Fastpitch Company, planned on having a softball tournament to coincide with the All-Star Game. Those plans had been in place since 2019 and the departure of the All-Star Game has meant a 70% reduction in revenue to his business.

3. There is no question that JCN has members.  It provides for various levels of paid memberships.  These membership dues are used to support JCN's operations.  JCN's Membership page has two options for paid memberships. When a small business joins at either the $99 or $499 level, they receive a welcome email and are mailed a welcome packet informing them of the

benefits of membership. Those who join at the Advocate level receive a personal phone call to discuss the membership and potential media opportunities. If a small business owner does not want to join at a paid level, they have the ability for to sign up as a grassroots member for free to receive updates, emails, and educational materials. (See following webpage screen shot).



4. Further, JCN's members have an active voice in the operations of the organization and readily express their collective views. There are several ways and opportunities for interaction, including:

   a. Quarterly board calls that include key members. On our calls we discuss JCN activities and future campaigns and look for reactions and suggestions.

   b. We have an active media program where we connect small business members with the media to discuss government policy and JCN campaigns.

   c. We do a weekly newsletter to all small business members and grassroots supporters outlining JCN activities and campaigns.

   d. We regularly engage the membership to reach out to legislators on policy issues that affect small business.

   e. We publish an annual report that outlines past activities and future direction that is distributed to members.

   f. We also provide educational materials (Our Employer to Employee Education program) on a regular basis.

   g. We have interactive social media platforms like Facebook and Instagram and twitter where members interface with JCN and express their views.

5. Additionally, JCN's individual losses are ongoing. JCN continues to spend resources to assist Atlanta area businesses to recover from the substantial losses they have incurred. If the All-Star game is not immediately restored to Atlanta, JCN will continue a national education campaign to dispel political activist lies about the Georgia voting law so additional events, businesses, and conventions don't abandon Georgia and Atlanta. These

efforts will remain ongoing for the next six months and will cost over $10 million. These educational campaign costs and expenses include:

| | |
|---|---|
| 6- Month Radio Campaign | $5,888,570 |
| National bus tour 2 buses | $575,000 |
| Social Media in Target States | $2,200,000 |
| Advocate Earned Media Program | $350,000 |
| High Profile Billboards | $300,000 |
| National Polling | $200,000 |
| 12 week Email Campaign | $120,000 |
| Website Updates, and Hosting | $100,000 |
| Campaign Design and Branding | $200,000 |
| Travel/Management/G&A | $100,000 |
| TOTAL | **$10,033,570** |

I declare, under the penalty of perjury, that the foregoing is correct.

Dated: June 8, 2021

*[signature: Alfredo A Ortiz]*

_____
Alfredo Ortiz