UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOB CREATORS NETWORK,             )   21-cv-4818-VEC
                                  )
                                  )
        Plaintiff,                )
                                  )   **REPLY DECLARATION OF**
    v.                            )   **HOWARD KLEINHENDLER**
                                  )
OFFICE OF THE COMMISSIONER OF     )
BASEBALL D/B/A MAJOR LEAGUE       )
BASEBALL, ROBERT D. MANFRED JR.,  )
MAJOR LEAGUE BASEBALL             )
PLAYERS ASSOCIATION, TONY CLARK,  )
AND JOHN DOES 1-50,               )
                                  )
        Defendants.               )
---------------------------------------------------------------x

HOWARD KLEINHENDLER, being over the age of 18, hereby declares:

1. I am counsel of record to Plaintiff Job Creators Network ("JCN") in the above-captioned matter and submit this Declaration in support of JCN's Motion for a Preliminary Injunction.

2. Attached as Exhibit 1 is a copy of a letter dated June 8, 2021 from Bishop Aubrey Shines, Chairman and Founding Member of Conservative Clergy of Color.

3. Attached as Exhibit 2 is a copy of a letter dated June 8, 2021 from Georgia Senator Butch Miller, President Pro Tempore.

4. Attached as Exhibit 3 is a copy of a letter from Congressman Barry Loudermilk dated June 8, 2021.

5. Attached as Exhibit 4 is a letter from Speaker David Ralston, dated June 8, 2021.

I declare, under the penalties of perjury, that the foregoing is correct.

Dated: New York, New York
       June 8, 2021

_____
Howard Kleinhendler