# Conservative Clergy of Color

One Highland Oaks – 10150 Highland Manor Drive, Suite 200 – Tampa FL 33610
(ph) 813-512-6272

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re: Letter of Support of *Job Creators Network v. Office of The Commissioner of Baseball, et. al.*, Case No. No. 21-cv-4818-VEC by Aubrey Shines, Chairman and Founding Member of the Conservative Clergy of Color.

June 8, 2021

Dear Judge Caproni,

On behalf of my organization, the Conservative Clergy of Color, as well as the network of black pastors across Georgia and the United States, I write in support of the Job Creators Network's lawsuit against Major League Baseball. I humbly ask the Court to side with JCN and return the All-Star game to Atlanta and its black small businesses and residents where it belongs.

The MLB's decision to move the All-Star game from Atlanta to Denver was based on racial lies about Georgia's election law. President Joe Biden and activist Stacey Abrams claimed the Election Integrity Act is worse than Jim Crow – an ahistorical insult to black Americans. The truth is that this law expands access to the ballot box, while also taking common-sense steps to protect the sanctity of every legal vote.

However, in a move of reckless political retribution, the MLB took the All-Star game from Atlanta and in doing so deprived local small businesses of <u>more than $100 million</u> worth of much-needed economic activity. Many of these small businesses were counting on this economic infusion to help overcome the historic losses associated with the Covid-19 pandemic. The MLB's decision deprives them of the opportunity to jump-start their post-pandemic business activity.

Many of these affected businesses are black-owned and located in black neighborhoods, providing employment opportunities to black residents who often need them most. The MLB's decision to punish these minority small businesses and residents who bear no responsibility for their state's political decisions is un-Christian and a violation of their civil rights.

These black-owned small businesses include the likes of <u>Darrell Anderson</u>, the owner of a limousine business in Atlanta, who highlights how the MLB's decision will hurt his business and community. The MLB's decision especially punishes those businesses that had invested in extra or special capacity in anticipation of the additional economic activity associated with the game.

The MLB's decision will also hurt Georgia small businesses, including black-owned ones, in the future, as the state loses additional economic activity due to other companies and conventions following the MLB's immoral lead. Already, Will Smith's latest movie project has pulled filming from of the state following the MLB decision, depriving the local movie industry -- and the small businesses that serve it -- of economic opportunities.

Ironically, in its racial virtue-signaling relocation of the All-Star Game, the MLB has done extraordinary harm to black Americans. According to government data, 52 percent of Atlanta's population is black versus just nine percent in Denver. Georgia has 7.5 times as many black-owned small businesses as Colorado. In its effort to combat perceived racism, the MLB has punished one of the blackest major cities in the country and rewarded one of the whitest.

The MLB must be held accountable for their egregious action that has significantly hurt Atlanta's black community. Therefore, please consider ruling in favor of the Job Creators Network and return the All-Star game to Atlanta and its black business owners and residents who deserve it.

Sincerely,

Bishop Aubrey Shines
*Chairman and Founding Member*
*Conservative Clergy of Color*