```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JOB CREATORS NETWORK,                                         :
                                                               :
                                    Plaintiff,                 :
                                                               :
                 -against-                                     :   21-CV-4818 (VEC)
                                                               :
 OFFICE OF THE COMMISSIONER OF                                 :         ORDER
 BASEBALL D/B/A MAJOR LEAGUE                                   :
 BASEBALL, ROBERT D. MANFRED JR.,                              :
 MAJOR LEAGUE BASEBALL PLAYERS                                 :
 ASSOCIATION, TONY CLARK,                                      :
 AND JOHN DOES 1-50,                                           :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing is scheduled for June 10, 2021 at 3:00 p.m.;

IT IS HEREBY ORDERED THAT: Given limited seating in Courtroom 443, 40 Foley Square, members of the press and public who wish to attend the hearing in person and be assured a seat should proceed to the overflow courtroom at **500 Pearl Street, Courtroom 9C**. Members of the press and public may also attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 4818.

**SO ORDERED.**

Date: June 9, 2021
      New York, New York

_____
    **VALERIE CAPRONI**
    **United States District Judge**