```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOB CREATORS NETWORK,

                        Plaintiff,

        -against-                     21-CV-4818 (VEC)

OFFICE OF THE COMMISSIONER OF      ORDER
BASEBALL D/B/A MAJOR LEAGUE
BASEBALL, ROBERT D. MANFRED JR.,
MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION, TONY CLARK,
AND JOHN DOES 1-50,

                      Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing is scheduled for June 10, 2021 at 3:00 p.m.;

IT IS HEREBY ORDERED THAT: Due to technical difficulties, there will be no video feed available. Due to limited seating in Courtroom 443, members of the press and public should attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 4818.

**SO ORDERED.**

**Date: June 10, 2021**
**New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**