```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOB CREATORS NETWORK,

                             Plaintiff,

         -against-                        21-CV-4818 (VEC)

OFFICE OF THE COMMISSIONER OF          <u>ORDER</u>
BASEBALL D/B/A MAJOR LEAGUE
BASEBALL, ROBERT D. MANFRED JR.,
MAJOR LEAGUE BASEBALL PLAYERS
ASSOCIATION, TONY CLARK,
AND JOHN DOES 1-50,

                            Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an order to show cause hearing was held on June 10, 2021;

    IT IS HEREBY ORDERED THAT: For the reasons stated at the hearing, Plaintiff's motion for a preliminary injunction is DENIED.

    The Clerk of Court is respectfully directed to close the open motion at docket entry 3.

**SO ORDERED.**

Date: June 10, 2021
      New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**