UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JOB CREATORS NETWORK, | ) | 21-cv-4818-VEC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL PURSUANT TO |
| OFFICE OF THE COMMISSIONER OF | ) | FRCP 41(a)(1)(A)(i) |
| BASEBALL D/B/A MAJOR LEAGUE | ) | |
| BASEBALL, ROBERT D. MANFRED JR., | ) | |
| MAJOR LEAGUE BASEBALL PLAYERS | ) | |
| ASSOCIATION, TONY CLARK, | ) | |
| AND JOHN DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

------------------------------------------------------------x

PLEASE TAKE NOTICE, that Plaintiff Job Creators Network hereby dismisses the above-captioned action, without prejudice, against defendants Office of the Commissioner of Baseball d/b/a Major League Baseball, Robert D. Manfred Jr., Major League Baseball Players Association, Tony Clark and John Does 1-50, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
       June 21, 2021

                                                    */s/ Howard Kleinhendler*
Howard Kleinhendler
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel. (917) 793-1188
howard@kleinhendler.com

*Counsel for Plaintiff*